UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SANDRA HERNANDEZ,

   Plaintiff(s),

    vs        Case # 2:11-CV-544-PMP-RJJ

WAL-MART STORES, INC.,

             ORDER REFERRING CASE FOR
   Defendant(s).     SETTLEMENT CONFERENCE

   This case is currently stacked on the calendar on **Tuesday, January 29, 2013,** a Jury Trial.

   **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Robert J. Johnston** for a settlement conference.

   DATED this 19th day of April, 2012.


                  _____
                  PHILIP M. PRO, U.S. DISTRICT JUDGE