1

2

3                           UNITED STATES DISTRICT COURT

4                               DISTRICT OF NEVADA

5                                      * * *

6    SANDRA HERNANDEZ,                    )
                                          )
7           Plaintiff(s),                 )
                                          )
8                vs                       )        Case # 2:11-CV-544-PMP-RJJ
                                          )
9    WAL-MART STORES, INC.,               )
                                          )
10                                        )        ORDER REFERRING CASE FOR
            Defendant(s).                 )        SETTLEMENT CONFERENCE
11   _____     )

12
            This case is currently stacked on the calendar on **Tuesday, January 29, 2013,**
13
     a Jury Trial.
14
            **IT IS ORDERED** that this case is hereby referred to Magistrate Judge
15
     **Robert J. Johnston**  for a settlement conference.
16
            DATED this 19th day of April, 2012.
17

18

19                                        _____
20                                        PHILIP M. PRO, U.S. DISTRICT JUDGE

21

22

23

24

25

26

27

28